UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VEERA VENKATA NARASIMHA NARENDRA PHANI KOTTAPALLI, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>ASML US, LP, :<br>:<br>Defendant. : | CASE NO. 3:21-cv-01076 (VDO) |

## JUDGMENT

This action having come before the Court for consideration of the Defendant's motion for summary judgment before the Honorable Vernon D. Oliver, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the Defendant's motion on August 14, 2024; it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the Defendant.

Dated at Hartford, Connecticut, this 15th day of August, 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Jessalyn Samson
Jessalyn Samson
Deputy Clerk

Entered on Docket: 8/15/2024